## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **JIMMIE GARDNER,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 04-0144-CG-M |
| | ) |
| **MOBILE COUNTY PERSONNEL BOARD** | ) |
| **and JACK TILLMAN,** | ) |

## ORDER

The above-styled action came on for trial by jury on November 7, 8 & 9, 2005, before the Honorable Callie V. S. Granade, Chief United States District Judge. The jury was selected, but not sworn before the Judge Granade on September 1, 2005.

The jury was duly sworn, and trial commenced on November 7, 2005. The plaintiff presented his case-in-chief, and rested on November 8, 2005. At the close of the plaintiff's case, defendant Tillman filed a written motion for judgment as a matter of law. (Doc. 107) The motion was **DENIED** as the court found that there was sufficient evidence to go to the jury. Defendant Tillman presented his case on November 8, 2005, and rested. At the close of all the evidence, defendant Tillman orally renewed his motion for judgment as a matter of law, and said motion was **DENIED**.

On November 9, 2005 a charge conference was held with counsel, at which the court took up defendant Mobile County Personnel Board's motion for judgment as a matter of law as to damages, and said motion was **GRANTED**. Defendant Tillman renewed his motion for judgment as a matter of law, and said motion was **DENIED**. The court then charged the jury on the applicable law, and the jury commenced their deliberations.

Now, on the 9th day of November, 2005, comes the jury who having heard the evidence, the arguments of counsel, the charge of the court and having considered the same upon their oaths return their verdict (form attached hereto) into open court with counsel present.

The parties are **ORDERED** to file simultaneous post-verdict briefs **on or before November 28, 2005**, addressing what effect plaintiff's failure to list this case as an asset on his bankruptcy schedules has on the court's ability to hear this case ab initio and post verdict. Simultaneous responses shall be filed **no later than December 5, 2005.** Plaintiff may file any motion for attorney's fees **not later than November 28, 2005**, and the defendants' responses shall be filed **not later than December 5, 2005.**

By separate document, the court will enter judgment in accordance with the verdict of the jury.

**DONE and ORDERED** this the 10th day of November, 2005.

/s/ Callie V. S. Granade  
CHIEF UNITED STATES DISTRICT JUDGE