**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **JIMMIE GARDNER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Civil Action No. 04-0144-CG-M** |
| | ) | |
| **MOBILE COUNTY PERSONNEL BOARD** | ) | |
| **and JACK TILLMAN,** | ) | |

**FINAL JUDGMENT**

In accordance with the verdict of the jury entered on November 9, 2005, it is **ORDERED** and **ADJUDGED** that **JUDGMENT** is entered in favor of defendants Jack Tillman and Mobile County Personnel Board as to plaintiff's claim for discriminatory failure to promote.[1]

**DONE and ORDERED** this 17th day of November, 2005.

    /s/  Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Judgment in favor of defendant does not foreclose relief under 42 U.S.C.A. § 2000e-5(g)(2)(B).