**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| JIMMIE GARDNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 04-0144-CG-M |
| | ) |
| JACK TILLMAN and | ) |
| MARK BARLOW, | ) |
| | ) |
| Defendants. | ) |

**FINAL JUDGMENT**

In accordance with the verdict of the jury entered herein, it is **ORDERED** and **ADJUDGED** that **JUDGMENT** is hereby entered in favor of defendant Jack Tillman, and against plaintiff Jimmie Gardner. Therefore, the plaintiff's claims for hostile work environment and retaliation against Jack Tillman are hereby **DISMISSED WITH PREJUDICE**.

This court having granted defendant Mark Barlow's motion for judgment as a matter of law on August 8, 2007, it is **FURTHER ORDERED** that plaintiff's claims for hostile work environment and retaliation against Mark Barlow are hereby **DISMISSED WITH PREJUDICE**.

Costs are to be taxed against the plaintiff.

**DONE and ORDERED** this the 10th day of August, 2007.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE