**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| JAMES CROSBY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 04-0144-CG-M |
| ) | |
| JACK TILLMAN and ) | |
| MARK BARLOW, ) | |
| ) | |
| Defendants. ) | |

## FINAL JUDGMENT

In accordance with the verdicts of the jury entered herein, it is **ORDERED** and **ADJUDGED** that **JUDGEMENT** is hereby entered in favor of defendant Jack Tillman and Mark Barlow, against plaintiff James Crosby. Therefore, the plaintiff's claims for retaliation against Jack Tillman and Mark Barlow are hereby **DISMISSED WITH PREJUDICE**.

Costs are to be taxed against the plaintiff.

**DONE and ORDERED** this the 20th day of August, 2007.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE