IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JAMES CROSBY, JIMMIE GARDNER, and WILLIE SMITH,** | )<br>)<br>)<br>) |
| **Plaintiffs,** | ) |
| v. | )   **CIVIL ACTION NO. 04-0144-CG-M** |
| | )<br>) |
| **MOBILE COUNTY, et al.,** | )<br>) |
| **Defendants.** | ) |

## DECLARATORY JUDGMENT

In accordance with the court's order entered this date, granting plaintiff's motion for declaratory judgment, it is hereby **DECLARED** that:

**Jack Tillman, while Sheriff of Mobile County, engaged in discriminatory conduct in violation of Title VII, 42 U.S.C. § 2000e, et seq., by illegally considering race when deciding whether to promote Jimmie Gardner to the position of Sergeant.**

**DONE and ORDERED** this 14th day of November, 2007.

                                              /s/ Callie V. S. Granade
                                           CHIEF UNITED STATES DISTRICT JUDGE